1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14
15
16

RANDALL MESCALL,                    )
    #1055284                    )
                                 )
       Plaintiff,               )      2:12-cv-00927-KJD-VCF
                                   )
vs.                    )
                                   )      **ORDER**
UNIVERSITY MEDICAL CENTER, *et al.*, )
                                   )
       Defendants.               )
_____/

17
18
19
20
21
22
23
24
25
26

      While plaintiff has now submitted a completed application to proceed *in forma pauperis*, he also submitted a handwritten document that he styled a civil rights complaint (ECF #1-1). Such document is insufficient to initiate a civil rights action in this court. The Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Accordingly, this action is dismissed without prejudice to plaintiff filing a new action, with a new case number and either the full filing fee or a completed application to proceed *in forma pauperis*, with all required financial information.

      The court also observes that this handwritten document is thirty-seven pages long, names sixty-four defendants and does not appear to set forth claims in a clear, readily discernible manner (*see*

1  ECF #1-1).  Rule 8 of the Federal Rules of Civil Procedure provides that a complaint should be a "short

2  and plain statement" of the claims showing that plaintiff is entitled to relief.

3              Finally, the court also notes that, in its preliminary review, plaintiff appears–among other

4  claims–to challenge his underlying conviction.  However, when a prisoner challenges the legality or

5  duration of his custody, or raises a constitutional challenge which could entitle him to an earlier release,

6  his sole federal remedy is a writ of *habeas corpus*.  *Preiser v. Rodriguez*, 411 U.S. 475 (1973); *Young*

7  *v. Kenny*, 907 F.2d 874 (9th Cir. 1990), *cert. denied* 11 S.Ct. 1090 (1991).  Moreover, when seeking

8  damages for an allegedly unconstitutional conviction or imprisonment, "a § 1983 plaintiff must prove

9  that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared

10 invalid by a state tribunal authorized to make such determination, or called into question by a federal

11 court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254."  *Heck v. Humphrey*, 512 U.S. 477, 487-

12 88 (1994).  "A claim for damages bearing that relationship to a conviction or sentence that has not been

13 so invalidated is not cognizable under § 1983."  *Id.* at 488.

14             **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the

15 complaint (ECF #1-1).

16             **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

17             **IT IS FURTHER ORDERED** that the following motions filed by plaintiff: application

18 to proceed *in forma pauperis* (ECF #3); two motions for appointment of counsel (ECF #s4 and 6); and

19 motion for continuance (ECF #5) are all **DENIED** as moot.

20             **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved

21 forms for filing a civil rights lawsuits under 42 U.S.C. §1983 and an Application to Proceed *In Forma*

22 *Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to

23 Proceed *In Forma Pauperis*."

24

25

26

                                        2

1          **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for

2  writ of *habeas corpus* form with instructions.

3          **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly

4  and close this case.

5          DATED: January 7, 2013

6

7                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26